UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

COURT NO. 3:16-CV-440-GNS                               *ELECTRONICALLY FILED*

UNITED STATES OF AMERICA                                                PLAINTIFF

vs.

JERRY MICHAEL BENFIELD JR., MD                                         DEFENDANT

and

MERIDIAN VISITING PHYSICIANS
and its successors and assigns                                          GARNISHEE

### FINAL ORDER OF GARNISHMENT

A Writ of Continuing Garnishment, directed to Garnishee, Meridian Visiting Physicians, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an answer stating that at the time of service of the Writ the Garnishee had in its possession or under its control personal property belonging to and due Defendant, and at that time Garnishee was indebted to Defendant in the sum of $1,580.15 bi-weekly.

On September 7, 2021, the Defendant was notified of his right to a hearing but has not requested a hearing to determine exempt property.

Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an amended answer stating that at the time of service of the Writ the Garnishee had in its possession or under its control personal property belonging to and

due Defendant, and at that time Garnishee was indebted to Defendant in the sum of $1,580.15 bi-weekly (DN 19).

**IT IS ORDERED** that Garnishee shall liquidate **25%** of the Defendant's disposable earnings, retroactively from August 27, 2021, the date Meridian Visiting Physicians was served with the Writ of Continuing Garnishment. Payments must be sent to the United States Attorney's Office until the debt is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this court. **Payments must be made payable and mailed to: United States Attorney's Office, 717 West Broadway, Louisville, KY 40202.**

Greg N. Stivers, Chief Judge
United States District Court

November 22, 2021

Tendered By:

William F. Campbell
Assistant United States Attorney
717 West Broadway
Louisville, KY 40202
Phone: (502) 582-6773
Fax: (502) 625-7110


cc:   USDC Finance
      Garnishee
      Defendant